B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Missouri

In re  Gerald Weldon Edwards
       Cassandra NMN Edwards          ,          Case No.  17-40673-btf13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as
Trustee of the Igloo Series IV Trust                    Citibank, N.A., as Trustee for CMLT1 Asset Trust
   Name of Transferee                                              Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known):   6-3
should be sent:                                         Amount of Claim:   $61,377.77
  c/o SN Servicing Corporation                          Date Claim Filed:   10/12/2018
  323 Fifth Street
  Eureka, CA 95501

Phone:  800.603.0836                                    Phone:  312.291.3781
Last Four Digits of Acct #:    1482                     Last Four Digits of Acct. #:   6373

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                              Date: 01/26/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.