**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jonathan Albert Bleser |
| Debtor 2 (Spouse, if filing) | Bobbie Joe Lee Bleser |
| United States Bankruptcy Court for the: | Eastern District of Wisconsin (State) |
| Case number | 17-22793-beh |

# Form 4100R
## Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the FW Series I Trust

**Last 4 digits** of any number you use to identify the debtor's account: 4 1 8 2

**Property address:** 2373 Yolanda Cr.
Number  Street

Green Bay    WI    54303
City         State  ZIP Code

**Court claim no.** (if known): 12

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 08 / 01 / 2022
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

c. **Total.** Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___ / ___ / ___
MM / DD / YYYY

---

Form 4100R      Response to Notice of Final Cure Payment      page 1

| Debtor 1 | Jonathan Albert Bleser | Case number (*if known*) 17-22793-beh |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Molly Slutsky Simons
Signature

Date 07/22/2022

Print: Molly Slutsky Simons (OH 83702)
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone (513) 444-4100

Email: bankruptcy@sottileandbarile.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 17-22793-beh |
| Jonathan Albert Bleser | |
| Bobbie Joe Lee Bleser | CHAPTER 13 |
|   *dba* Bobbie Jo Bleser | |
| Debtors. | JUDGE |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 22, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Jonathan Albert Bleser, Debtor
Bobbie Jo Lee Bleser, Debtor
2373 Yolanda Cr.
Green Bay, WI 54303

Trevor J. Pedersen, Debtors' Counsel
kmv@pslawllc.com

Rebecca R. Garcia, Chapter 13 Trustee
filings@ch13oshkosh.com

Office of the U.S. Trustee
ustpregion11.mi.ecf@usdoj.gov

    Respectfully submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 83702)
    Attorney for Secured Creditor
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    bankruptcy@sottileandbarile.com