# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI
# KANSAS CITY DIVISION

| | |
|---|---|
| In Re: | Case No. 17-40673-btf13 |
| Gerald Weldon Edwards<br>Cassandra NMN Edwards | Chapter 13 |
| Debtors. | Judge Brian T. Fenimore |

## WITHDRAWAL OF DOCUMENT (Doc. #172)

U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust ("Creditor"), by and through their undersigned agent, hereby gives notice of a Withdrawal of Document #172 (Response to Notice of Final Cure Payment) as it was filed in error in the incorrect case.

    Respectfully Submitted

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com

## **CERTIFICATE OF SERVICE**

I certify that on July 22, 2022, a copy of the foregoing Withdrawal was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Ryan M. Callahan, Debtor's Counsel
    ryan@callahanlawkc.com

    Richard Fink, Chapter 13 Trustee
    info@wdmo13.com

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on July 22, 2022, a copy of the foregoing Withdrawal was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Gerald Weldon Edwards, Debtor
    Cassandra NMN Edwards, Debtor
    5242 NE 39th Street
    Kansas City, MO 64117

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com